UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RYAN LAMAR

                                Plaintiff(s),

                                                        ***MEDIATION***
                                                        ***CERTIFICATION***

                                                        1:22  - cv - 00028

                        v.

COUNTY OF ERIE, ET AL

                                Defendant(s).

---

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____8/22/23_____.

   ☑ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial
      pursuant to the Court's scheduling order.

*Date:* 08/24/2023                    *Mediator: /S/* Hugh M. Russ, III

*Additional Comments:*

_____
_____
_____